# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 20, 2006

130654

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CONNIE E. HADDAD,
     Plaintiff-Appellant,

v

ADECCO USA, INC., and DEPARTMENT
OF LABOR AND ECONOMIC GROWTH,
     Defendants-Appellees.

SC: 130654
COA: 265639
Ingham CC: 04-001502-AA

_____/

     On order of the Court, the application for leave to appeal the January 26, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 20, 2006

_____
Clerk

t0913